UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JESUS SILVA LOPEZ, | ) | |
| | ) | 3:12-cv-00618-HDM-WGC |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| WILSON SPORTING GOODS CO., | ) | |
| | ) | |
| Defendant. | ) | |

The court denies the defendant's motion to dismiss(#9) without prejudice to renew as a motion for summary judgment.

**IT IS SO ORDERED.**

DATED: This 23rd day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE