CASEY A. GILLHAM, ESQ., Bar # 11971
DYER LAWRENCE LAW FIRM
2805 Mountain Street
Carson City, NV 89703
Telephone:  775.885.1896
Fax No.:    775.885.8728

Attorneys for Plaintiff
Jesus Silva Lopez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESUS SILVA LOPEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>WILSON SPORTING GOODS CO.,<br><br>        Defendant. | Case No. 3:12-cv-00618-HDM-WGC<br><br>**UPDATE TO JOINT STATUS REPORT** |

Plaintiff, JESUS SILVA LOPEZ, and Defendant, WILSON SPORTING GOODS CO., by and through their respective counsel of record, hereby submit this Update to the Joint Status Report. While the parties have reached a tentative resolution of the matter, the parties are requesting an additional two weeks from the current July 26, 2013 deadline to file the dismissal documents with the Court. The request for an extension is due to Mr. Lopez having had to leave the country for approximately one month to tend to an ill relative. The parties request that the Court allow them until August 9, 2013 to file the dismissal documents.

Dated:  July 16, 2013                        July 16, 2013

_____/s/_____                                _____/s/_____
CASEY A. GILLHAM, ESQ.                        PATRICK H. HICKS, ESQ.
DYER LAWRENCE FLAHERTY DON-                   SANDRA KETNER, ESQ.
ALDSON & PRUNTY                               LITTLER MENDELSON, P.C.

Attorneys for Plaintiff                       Attorneys for Defendant
JESUS SILVA LOPEZ                             WILSON SPORTING GOODS CO.

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: July 17, 2013